FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD SHANE INMAN, <br><br> Defendant. | CASE NO. 01cr1191-BTM <br><br> **ORDER** |

This matter comes before the court on a letter submitted by the defendant and which shall be filed.

The court has no power to order the defendant's transfer to federal custody to serve his federal sentence while he is still serving his State sentence. Additionally, the court has no power to reduce a sentence after it is imposed for the reasons urged upon the court. Therefore, the requests in the letter are DENIED.

**IT IS SO ORDERED.**

Dated: 9-1-06

HONORABLE BARRY TED MOSKOWITZ
United States District Judge

Copies to:
All Parties and Counsel of Record

Donald S. Inman, P54528
C5  105
PO Box 921
Imperial CA 92251

01cr1191



TO: The Honorable Barry T. Moskowitz
Jacob Weinberger U.S. Courthouse
325 West F St - San Diego, CA 92101-6989

From: Donald S Inman    CR # 01CR1191-BTM
2302 Brown Rd, Imperial CA 92251

FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Judge Moskowitz,

I am writing in regards to my transfer from state prison to Federal custody. I understand there was a hearing held and the transfer was denied, that is not the reason for this letter. I did not write this letter to question your decition but to ask for another chance. My release date is Jan 17 2007. At that time I will be able to start my 8 month sentence I recived from you. My problem is I'll be 3 months shy of my Brother's graduation. My Brother will graduate in June of 2007 and I want nothing more than to be there. I figure if you could grant my transfer 3 months early I would make it.

Your Honor I know I started my adult life off wrong and for the past four years I've done nothing but become a better person. I missed my brother growing up and I promised him I would do everything in my power to make his big day. So with that said I wish you the very best.

Sincerly,
Donald Inman